```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JONATHAN CASANOVA,

                    Plaintiff,              O R D E R

          - against -                       07 Civ. 6661 (NRB)

CAPTAIN DANIELS, C.O. MONTANEZ, C.O.
BUSH, C.O. ROSIER, DEPARTMENT OF
CORRECTION,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The complaint in this action having been filed on July 24, 2007 and the Court having informed plaintiff by letter, dated August 5, 2008 of the obligation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to serve the summons and complaint within 120 days of filing, and no response to that letter having been received, and there being no evidence of service, it is hereby

**ORDERED** that the complaint be dismissed without prejudice.

Dated:    New York, New York
          September 5, 2008

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE